THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Tommy Riley, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

Appeal From Richland County
 James R. Barber, Circuit Court Judge

Memorandum Opinion No.  2009-MO-031
 Submitted May 28, 2009  Filed June 22,
2009 

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Appellate
 Defender LaNelle C. DuRant, of South Carolina Commission on Indigent Defense,
 of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley Elliott, and Assistant Attorney General Brian T.
 Petrano, all of Columbia, for Respondent.
 
 
 

PER CURIAM: We
 granted certiorari to review the post-conviction relief courts denial of
 relief to petitioner, Tommy Riley.  After careful consideration, we now dismiss
 certiorari as improvidently granted.
DISMISSED.
TOAL,
C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.